UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WILLIAM HERNANDEZ-ECHEVARRIA<br>Defendant. | INDICTMENT<br><br>25-cr- 346 (MAJ)<br><br>Violations:<br><br>Title 18 U.S.C. §§ 2, 1343, and 1348<br><br>(EIGHT COUNTS<br>PLUS FORFEITURE) |

THE GRAND JURY CHARGES:

COUNT ONE
(Securities Fraud)
Title 18, United States Code, Sections 1348 and 2.

In or about June 2020 through in or about March 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

WILLIAM HERNANDEZ-ECHEVARRIA

the defendant herein, aided and abetted by others known and unknown to the Grand Jury, did knowingly and willfully execute, and attempt to execute, a scheme and artifice (1) to defraud a person in connection with a commodity and security for future delivery, that is a foreign currency future; and (2) to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property in connection with the purchase and sale of a commodity and security for future delivery, that is a foreign currency future.

Scheme and Artifice

The purpose of the scheme and artifice was for the defendant and others to induce individuals to invest in a company, DJR Capital, LLC, and obtain money by means of materially false and fraudulent pretenses, representations, and promises. DJR Capital, LLC

was marketed as a company that was investing in Forex, or Foreign Exchange Market. Defendant failed to use investors' money as promised, misappropriated and converted investors' money for his own personal benefit and the benefit of others, and made lulling payments to investors to conceal the true nature of the scheme. The total loss amount is calculated to be over approximately $5,000,000.00.

All in violation of 18 U.S.C. §§ 2 and 1348.

<u>COUNT TWO THROUGH EIGHT</u>
(Wire Fraud)
Title 18, <u>United States Code</u>, Sections 1343 and 2.

In or about June 2020 through in or about March 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

WILLIAM HERNANDEZ-ECHEVARRIA,

the defendant herein, aided and abetted by others known and unknown to the Grand Jury, having devised and intended to devise the above-described scheme and artifice to defraud and deprive, by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the above-described scheme and artifice to defraud and deprive, transmitted and caused to be transmitted by means of wire communications in interstate commerce, any writing, signs, signals, pictures, and sounds.

On or about each of the dates set forth below, in the District of Puerto Rico and elsewhere, defendant WILLIAM HERNANDEZ-ECHEVARRIA, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Description | Date | Amount |
|---|---|---|---|
| 2 | Wire transfer to C.J.C. | 09/03/2020 | $19,525.00 |
| 3 | Wire transfer to A.I.M. | 09/03/2020 | $2,700.00 |
| 4 | Wire transfer to Y.P. | 09/03/2020 | $2,500.00 |
| 5 | Wire transfer to L.G. | 09/03/2020 | $1,500.00 |
| 6 | Wire transfer to C.C. | 09/03/2020 | $1,000.00 |
| 7 | Wire transfer to J.A. | 09/03/2020 | $500.00 |
| 8 | Wire transfer to M.V.C. | 09/03/2020 | $500.00 |

All in violation of 18 U.S.C. §§ 2 and 1343.

## FOREFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(D) and 28 U.S.C. § 2461(c), upon conviction of 18 U.S.C. § 1343, the defendant

WILLIAM HERNANDEZ-ECHEVARRIA

shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s). The property to be forfeited includes, but is not limited to, the following: [List known forfeitable assets, including whether or not you intend to seek a money judgment.]

3. If any of the property described above, as a result of any act or omission of the defendant[s]:

a. cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
DATED:

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

**SETH ERBE** Digitally signed by SETH ERBE
Date: 2025.08.12 13:04:38 -04'00'

Seth Erbe
Assistant U.S. Attorney
Chief, Financial Fraud & Public Corruption

SCOTT ANDERSON Digitally signed by SCOTT ANDERSON
Date: 2025.08.12 12:42:22 -04'00'

Scott Anderson
Assistant U.S. Attorney